# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 29, 2023

### NO.  03-22-00311-CV

**The Bank of San Antonio and Texas Express Funding, LLC, Appellants**

**v.**

**Dewey Bryant and Paul Weaver, Appellees**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 4, 2022.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order.  Therefore, the Court affirms the trial court's order.  The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.